IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

*Motion GRANTED for extension to 1/4/18.*

[signature]

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:17-CR-00064 |
| | ) | |
| MELISSA SUE BAKER | ) | |

## MOTION TO EXTEND REPORTING DATE

Melissa Sue Baker ("Baker") requests the Court to extend, from November 1, 2017 until January 4, 2018, the date for her to report to the facility selected by the Bureau of Prisons to begin serving her sentence of imprisonment.

1. Baker makes this request so that she may be home with her family for the holidays and for her daughter's birthday, January 2, 2018.

2. Moreover, this extended report date would allow Baker to continue to work through December 2017 at Integra Software Systems. This would allow her employer time to secure a suitable person to fulfill Baker's work responsibilities during her eight month absence. A letter from Baker's supervisor, Michael Iturri, is Exhibit A to this Motion.